United States District Court

Eastern District of Louisiana

Davis

v.                               CIVIL ACTION NO. 2:00-cv-00297 G (2)

Achord


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 31, 2000.

By Direction of the Court

LORETTA G. WHYTE, CLERK



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 28  P 4: 22

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ARLETTE DAVIS | * | CIVIL ACTION |
| versus | * | NO. 00-0297 |
| JAMES D. ACHORD, URS TRANSPORT, INC. AND | * | SECTION " " |
| TRAVELERS INDEMNITY INSURANCE COMPANY | * | MAGISTRATE SECT. G MAG. 2 |

### NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, come defendants, Travelers of Illinois Insurance Company, United Road Services, Inc., and James D. Achord, to hereby remove to this Court the civil action now pending in the Civil District Court for the Parish of Orleans, State of Louisiana, entitled, "Arlette Davis vs. James D. Achord, URS Transport, Inc. and Travelers Indemnity Insurance Company", No. 99-17627, Sec. F, upon showing that:

I.

Defendants have previously filed an Answer in the state court proceeding. This Notice of Removal is filed subject to and without prejudice to this Answer.



II.

This suit is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and is one which may be removed to this Court by the defendants, pursuant to the provisions of 28 U.S.C. § 1441.

III.

The plaintiff, Arlette Davis, seeks to recover damages resulting from personal injuries allegedly sustained while she was operating a motor vehicle in the City of New Orleans.

IV.

Complete diversity of citizenship exists between the plaintiff and the defendants. Plaintiff is a citizen of Louisiana. None of the defendants are citizens of Louisiana. James Achord is a citizen of Alabama. United Road Services, Inc. is a Delaware corporation with its principal place of business in New York. Travelers of Illinois Insurance Company, the alleged insurer of United Road Services, Inc., is a Connecticut corporation with its principal place of business in Connecticut.

V.

The amount in controversy exceeds $75,000, exclusive of interest and costs, and this Court has original jurisdiction of this matter under 28 U.S.C. § 1332. The plaintiff filed suit on October 28, 1999. Pursuant to Louisiana law, she did not demand a specific dollar amount in her petition. Defendants, through discovery, have learned that the plaintiff seeks damages in excess of $75,000, exclusive of interest and costs. This Notice of Removal was filed within thirty (30) days after defendants learned this fact, thereby making removal of this action proper under 28 U.S.C. § 1446(b).

VI.

Pursuant to 28 U.S.C. § 1446(a), defendants attach hereto as Exhibit "A" a copy of all process, pleadings, and orders served upon them in said cause of action.

VII.

Undersigned counsel certify that a copy of this Notice of Removal will be promptly served on the plaintiff by mailing a copy of it to her counsel of record, James E. Shields, Sr., Shields & Shields, APLC, 30 New England Court, Gretna, LA 70053.

VIII.

Undersigned counsel certify that a Notice of Filing Notice of Removal, along with a copy of this Notice of Removal, will be promptly filed with the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana.

WHEREFORE, defendants pray that further proceedings in the Civil District Court for the Parish of Orleans, State of Louisiana, be discontinued and that this action be recognized as removed to and pending on the docket of the United States District Court for the Eastern District of Louisiana, as the law in such cases provides.

Respectfully submitted,

_____
Mark D. Latham (Bar #19673)
Brett D. Wise (Bar # 24711)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979

Attorneys for Travelers of Illinois Insurance Company, United Road Services, Inc., and James D. Achord

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the United States mail, properly addressed and postage prepaid, this 28th day of January, 2000.

_____

258023_1.DOC