```
                                          FILED
                                     U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                     2000 AUG 25  AM 8:58

                                      LORETTA G. WHYTE
                                           CLERK
```

MINUTE ENTRY
August 24, 2000
SEAR, J.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ARLETTE DAVIS | * | CIVIL ACTION |
| VERSUS | * | NO: 00-297 |
| JAMES D. ACHORD | * | SECTION: "G" |

A telephone status conference was held on August 24, 2000.

Participating:

James E. Shields
Mark D. Latham

Discovery has not been completed, but the parties have consented to extend the deadline in order to complete depositions.

The parties will attempt to settle this matter and will report to the Court concerning the status of settlement by August 31, 2000.

```
DATE OF ENTRY
AUG 2 5 2000
```

15

Accordingly,

IT IS ORDERED, that the parties complete discovery by September 15, 2000;

IT IS FURTHER ORDERED, that the parties report to this Court concerning the status of settlement by August 31, 2000.

_____
MOREY L. SEAR
UNITED STATES DISTRICT JUDGE