

MINUTE ENTRY
WILKINSON, M. J.
AUGUST 30, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARLETTE DAVIS | CIVIL ACTION |
| VERSUS | NO. 00-297 |
| JAMES D. ACHORD ET AL. | SECTION "G" (2) |

### HEARING ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Plaintiff's Motion to Amend Complaint

O R D E R E D:

__XXX__ :   DISMISSED AS MOOT: James E. Shields, counsel for movant, has advised the Court that the captioned case has settled, and the motion, set for hearing on September 13, 2000, is moot.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
AUG 3 1 2000