MINUTE ENTRY
SEAR, MOREY L.
SEPTEMBER 6, 2000

```
                         FILED
                    U.S. DISTRICT COURT
                    EASTERN DISTRICT OF LA

                    2000 SEP -7 PM 1: 25
```

UNITED STATES DISTRICT COURT   LORETTA G. WHYTE
                                    CLERK
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ARLETTE DAVIS | * | CIVIL ACTION |
| VERSUS | * | NO. 00-297 |
| JAMES D. ACHORD, ET AL. | * | SECTION "G" |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the plaintiffs that the parties to this action have firmly agreed upon a compromise as to the plaintiff's claim, and that they need only execute releases in accordance with their agreement;

IT IS ORDERED that plaintiff's claims against defendants are hereby dismissed without costs, but without prejudice to the right, upon good cause shown, within 60 days, to seek summary judgment enforcing the compromise if it is not consummated by that time.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY</u> <u>WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

                            MOREY L. SEAR
                            UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP 0 7 2000